**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: VEHICLE CARRIER SERVICES
ANTITRUST LITIGATION                                    MDL No. 2471

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 18, 2013, the Panel transferred 4 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Esther Salas.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Salas.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of October 18, 2013, and, with the consent of that court, assigned to the Honorable Esther Salas.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: Deputy Clerk 10/31/13

IN RE: VEHICLE CARRIER SERVICES
ANTITRUST LITIGATION                                           MDL No. 2471

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 13-02696 | Martens Cars of Washington, Inc. et al v. Nippon Yusen Kabushiki Kaisha et al |
| CAN | 3 | 13-02894 | Spicer et al v. Nippon Yusen Kabushiki Kaisha (NYK Line) et al |
| CAN | 3 | 13-02895 | Levis et al v. Nippon Yusen Kabushiki Kaisha et al |
| CAN | 3 | 13-02999 | Versalles v. Eukor Car Carriers Inc. et al |
| CAN | 3 | 13-03000 | Heilicher et al v. Nippon Yusen Kabushiki Kaisha et al |
| CAN | 3 | 13-03233 | Reiber et al v. NYK Line (North America) Inc. et al |
| CAN | 3 | 13-03448 | Senior et al v. Nippon Yusen Kabushiki Kaisha Ltd et al |
| CAN | 3 | 13-03516 | Bui et al v. NYK Line (North America) Inc. et al |
| CAN | 3 | 13-03582 | Davis v. NYK Line (North America) Inc. et al |
| CAN | 3 | 13-03802 | Bonar et al v. Eukor Car Carriers Inc. et al |
| CAN | 3 | 13-03874 | Camaj et al v. Nippon Yusen Kabushiki Kaisha, Ltd. et al |
| CAN | 3 | 13-03890 | Jackson v. NYK Line (North America) Inc. et al |
| CAN | 3 | 13-03938 | Ferris et al v. Nippon Yusen Kabushiki Kaisha et al |
| CAN | 4 | 13-04309 | Lara v. NYK Line (North America) Inc. et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 13-01467 | Stasik v. Nippon Yusen Kabushiki Kaisha, Ltd. et al |
| CAS | 3 | 13-01537 | White v. Nippon Yusen Kabushiki Kaisha, Ltd. et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 13-05243 | Manaco International Forwarders, Inc v. Nippon Yusen Kabushiki Kaisha, NYK Line (North America) Inc et al |
| NYS | 1 | 13-06134 | International Transport Management Corp. v. Kawasaki Kisen Kaisha, Ltd et al |